UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA



**FILED**
APR - 6 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Michael Gabriel,

c/o Ray C. Weathers

2337 14th St NE

Washington DC

20018

202-541-300

    Plaintiff

  VS.

Allstate Insurance Co,

P.O. Box 12055

1819 Electric Rd S.W

Roanoke, Va 24018

Yoo Hee Kwon,

1728 Willow Springs

Dr Sykesville MD 21784

Hyo Sook Kwon,

14730 4th St Apt 229

Laurel MD 20707

    Defendants

Case: 1:15-cv-00502
Assigned To : Jackson, Ketanji Brown
Assign. Date : 4/6/2015
Description: Pro Se Gen. Civil (F)

**JURY ACTION**

**RECEIVED**
APR - 6 2015
Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT

Plaintiff Michael Gabriel complains against Defendants as follows

Jurisdiction Allegation

Jurisdiction in this civil action is based on diversity of citizenship of the parties and the sum or value exclusive of interests and costs of the matter in controversy.

See Title 28 of the United States Code ,Section 1332 (a)

"the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75000, exclusive of interests and costs and is between - (1) citizens of different states ..."

Plaintiff resides in the District of Columbia and as specified in the cover sheet of this complaint holds a diverse citizenship in relation to defendants.

Allstate Insurance Co is a citizen of ILLINOIS.

See Hennessy v. Allstate Insurance Company et al.

Yoo Hee Kwon is inferred to be a resident citizen of Maryland based on Maryland State Police Motor Vehicle Collision Information Exchange Form dated 04/05/12.

Hyo Sook Kwon is inferred to be a resident citizen of Maryland based on Maryland State Police Motor Vehicle Collision Information Exchange Form dated 04/05/12.

Venue statement

The United States District Court for the District of Columbia is the proper venue for this civil action as Allstate is a corporation doing business in the District of Columbia since it has a sufficient number of business contacts in the District of Columbia as evidenced from public corporate records.

See Title 28 of the United States Code ,Section 1391(c) provides that "a defendant that is a corporation shall be deemed to reside in any judicial district in which it is subject to

personal jurisdiction at the time the action is commenced."

Statement of Claims

1. On April 5th, 2012, plaintiff was a front seat passenger in a 1996 Honda Accord with DC registration no CB3490 in Prince Georges County Maryland.

2. Plaintiff was properly wearing his seatbelt and had in his lap a lost, restrained dog.

3. Defendant Yoo Hee Kwon driving a 2011 Toyota Prius with MD registration no 5AM0918 owned by defendant Hyo Sook Kwon negligently rear ended vehicle registration no CB3490 while it was legally stopped at a red traffic light. The vehicle 5AM0918 was insured by Allstate and it is Allstate's assumption of risk and thus the negligence that put into motion this civil action.

4. Defendant Yoo Hee Kwon repeatedly refused to exchange information as required by law. immediately after the collision had occurred.

5. Defendant Gabriel in accordance with the law physically called upon Maryland State Police who prepared a motor vehicle information collision exchange form. Within the form the investigator concluded that a police report WILL be completed based on it having fulfilled the severity criteria necessary to trigger a report.

6. After the collision Allstate's claim adjuster deemed vehicle registration no CB3490 as a full write off since it was no longer legally roadworthy given its extensive physical damage.

7. Defendant Yoo Hee Kwon did not include any mention, physical or otherwise, of defendant Gabriel in initial reporting of the accident to Allstate, contrary to law.

8. As a result of the collision, plaintiff Gabriel sustained serious physical injuries including a broken front tooth, dental misalignment, knee dislocation, severe corneal degradation(plaintiff is legally blind), severe headaches with chronic fainting spells and

dizziness, severe thoracic, cardiac and renal pain, episodes of uncontrolled seizures and total body spasms, the inability to sleep face down or on the left side, whiplash, chronic nausea and diarrhea, loss of intestinal control with abdominal pain, chronic back-pain and fatigue, extreme sternal pain in sitting up, documented and officially verifiable episodes of hearing and speech impairment, neuromuscular limb loss and other injuries which require prohibitive costs and speculative untested, experimental and potentially dangerous treatments.

9. Plaintiff's erosion of life quality is prompting plaintiff to advocate for legislating health care and insurance related issues via all print and electronic media. Plaintiff is also prompted towards offering to comment on local and federal regulations for the federal register and the DC code to ensure passengers never experience similar discomfort, unless initiating this civil action precludes such. Notwithstanding the above, plaintiff wished this rear end collision would have never occurred.

10. Since the collision one of the canine occupants of the vehicle with registration no CB3490 who was located at the back of the vehicle is now dead. Plaintiff has sustained a great loss by the passing of this beloved animal. Similarly plaintiff reserves the right to locate the owners of the dog he was protecting at the front of the vehicle to ascertain his well being and any possible claims those owners may be entitled to .

11. Plaintiff reserves the right to add unknown defendants related to this case and any punitive damages relevant and to request sealing of all or part of this action to protect the interest of the government of the United States and or the local government of the District of Columbia.

Demand for relief

Wherefore, plaintiff demands judgment against defendants for the sum of $100,000,000. with interest and costs.

Jury Demand

Plaintiff demands a jury trial.

Dated this 4th day of April 2015

Michael Gabriel

c/o Ray C. Weathers

2337 14th St NE

Washington DC

20018

Demand for relief

Wherefore, plaintiff demands judgment against defendants for the sum of $100,000,000. with interest and costs.

Jury Demand

Plaintiff demands a jury trial.

Dated this 4th day of April 2015

_____

Michael Gabriel

c/o Ray C. Weathers

2337 14th St NE

Washington DC

20018