## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL GABRIEL | : |
| Plaintiff | : |
| v. | :  Case No.: 15-cv-502 (KBJ) |
| ALLSTATE INSURANCE CO., ET AL. | : |
| Defendants | : |

### PRAECIPE OF DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF COURT:

Please DISMISS THIS CASE WITHOUT PREJUDICE.   All parties will bear their own costs, fees, and attorneys fees.


Respectfully Submitted,

/s/ Michael Gabriel   (pursuant to representations in plaintiff's 12/5/16 email)
Michael Gabriel
c/o Ray C. Weathers
2337 14th Street, NE
Washington, DC 20018
*Plaintiff Pro Se*

/s/ André M. Forté
Andre M. Forte, 013473
34 West Franklin Street
Hagerstown, Maryland 21740
(301)791-6924
aforte@wfortelaw.com
*Attorneys for Defendants*
*Allstate Insurance Co.,*
*Hyo Sook Kwon and Yoo Hee Kwon*

## CERTIFICATE OF SERVICE

     I HEREBY certify that on this 5th day of December, 2016, a copy of the foregoing Praecipe of Dismissal Without Prejudice was electronically served/ mailed upon:

Michael Gabriel
c/o Ray C. Weathers
2337 14th Street NE
Washington, DC 20018
*Plaintiff*

                                     /s/ André M. Forté
                                     André M. Forté